**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: K.M.S., A MINOR                    : No. 401 WAL 2014
                                          :
                                          :
PETITION OF: A.M.S., MOTHER               : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.